JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESO PRODUCE LTD 1 LP, a Texas Corporation and PACIFIC WEST MARKETING, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TRITON IMPORTS, a California Corporation dba TRITON INTERNATIONAL; MARIA HALL, an individual; ALEX HALL, an individual; and BANCO POPULAR NORTH AMERICA, a New York Corporation,<br><br>Defendants. | CASE NO. CV 08-04520 MMM (AJWx)<br><br>JUDGMENT FOR BANCO POPULAR NORTH AMERICA |

On March 9, 2012, the court entered an order granting cross-claimant Banco Popular North America's motion for summary judgment against cross-defendants Alex Hall and Maria Hall, as well as its motion for default judgment against cross-defendant Triton Imports, dba Triton International. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That cross-claimant Banco Popular North America recover from Triton Imports dba Triton International, Alex Hall, and Maria Hall, jointly and severally, $1,299,056.63 in

unpaid principal, $117,066.13 in sums owed as indemnification, $452,948.47 in interest, $109,362.50 in attorneys' fees and $10,141.06 in costs, for a total of $1,988,574.79;[1]

2. That Banco Popular North America recover its costs of suit herein; and

3. That the action be, and it hereby is, dismissed.

DATED: March 9, 2012

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Progreso Produce and all plaintiffs in intervention earlier stipulated to dismiss their claims. Consequently, judgment in favor of the cross-claimant disposes of the action in its entirety.